# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

BRUCE ERBERT-LEE JACKSON,

     Petitioner,

  v.

MICHAEL THOMAS,

     Respondent.

2:25-cv-62

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Petitioner Bruce Jackson's ("Jackson") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. Dkt. No. 21. When Jackson had not filed Objections to this Report and Recommendation and the time to do so had elapsed, I adopted the Magistrate Judge's Report and Recommendation as the opinion of the Court and entered Judgment closing this case. Dkt. Nos. 22, 23. The Court has now received Jackson's Objections. Dkt. No. 24.

While Jackson responds to the Report and Recommendation, he does not show that the Magistrate Judge's conclusion that Jackson fails to show cause and prejudice to overcome his procedural default of the claims was in any way erroneous. Id. Thus, the Court cannot review the relative merits of Jackson's Petition. Dkt. No. 21 at 3-4 (quoting Hittson v. GDCP Warden, 795 F.3d 1210,

1260 (11th Cir. 2014)).  And even if Jackson had spoken to his procedural default, he still would fail to show why this Court could entertain the merits of his Petition.

The Court **OVERRULES** Jackson's Objections.  The Court's February 18, 2026 Order and February 23, 2026 Judgment remain the Orders of this Court.  This case remains closed.

**SO ORDERED**, this __16__ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2